1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102-3495
6     Telephone: (415) 436-6730
      FAX: (415) 436-6927

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| TARLOCHAN SINGH, | ) | No. C 07-04217 MJJ |
|---|---|---|
|      Petitioner, | ) | |
| v. | ) | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; et al., | ) | [PROPOSED] ORDER |
|      Respondents. | ) | |

     Petitioner Tarlochan Singh ("Petitioner") asks the Court to compel Respondents to render a decision on his I-130 visa petition. See Complaint, p. 1. However, on October 4, 2007, Respondents approved the petition. See Respondents' Motion, Proctor Decl., Exh. A. Accordingly, Petitioner has received the relief he sought in the Complaint, and his claim is now moot. See Spencer v. Kemna, 523 U.S. 1, 7 (1998) (stating a case is moot when it no longer presents a case or controversy under Article III, § 2 of the Constitution); Ordonez-Garay v. Chertoff, CV F 06-1835 AWI SMS, 2007 WL 2904226, at *4 (E.D. Cal. Oct. 3, 2007) (dismissing complaint as moot where defendants provided evidence that plaintiff's I-130 petition had been approved).

     The Complaint is hereby **DISMISSED**. **IT IS SO ORDERED**.

Dated:

                                                                  MARTIN J. JENKINS
                                                                  United States District Judge

[PROPOSED] ORDER
No. C 07-04217 MJJ